UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>JERRY BEAVERS,<br>    Defendant. | CRIMINAL NO. 7:13-21-KKC-EBA-8<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a recommended disposition in which the magistrate judge makes certain recommendations regarding the defendant's admitted violation of the terms of his supervised release (DE 868). No party has filed objections to the recommendation and the defendant has waived the right to appear before a district judge and to make a statement and present mitigating information (DE 869).

Accordingly, the Court hereby ORDERS that the recommended disposition is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated October 7, 2019

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY